UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES DILLON WILLIAMS #452711,

    Plaintiff,

v.                                                 3:12-cv-667

DERRICK SCHOFIELD, et al.,

    Defendants.

## MEMORANDUM AND ORDER

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983. The matter is before the court on plaintiff's motion for entry of default. The motion for entry of default [Doc. 26] is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** as to defendant Tim Jones; the remaining defendants who were served with process have answered the complaint and the motion for entry of default is **DENIED** as to them. The Clerk is **DIRECTED** to enter the default of defendant Tim Jones. Fed. R. Civ. P. 55(a).

The entry of a defendant's default pursuant to Rule 55(a) is merely the first step in a two-step process for obtaining a default judgment. Because plaintiff has completed the first step of that process, plaintiff may now move for a default judgment against defendant Jones pursuant to Rule 55(b), which is the second step in that process. The Clerk is **DIRECTED** to send plaintiff the form packet for entry of a default judgment.

    **ENTER:**

                                                                s/ Thomas W. Phillips
                                                     United States District Judge