UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES DILLON WILLIAMS #452711,

    Plaintiff,

v.                              3:12-cv-667

DERRICK SCHOFIELD, et al.,

    Defendants.

## MEMORANDUM AND ORDER

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983. On motion of the plaintiff, default was entered against defendant Tim Jones. Defendant Jones, by and through counsel, has now filed a motion to set aside the entry of default along with a contemporaneously filed answer to the complaint. For good cause shown, the motion to set aside entry of default [Doc. 31] is **GRANTED**. The Clerk is **ORDERED** to **SET ASIDE** the entry of default previously entered in this cause. Fed. R. Civ. P. 55(c).

    **ENTER:**

                                                s/ Thomas W. Phillips
                                                United States District Judge